ministrator of the County of Kings, as Administrator, etc., of Eliza Trowbridge White, Deceased, Respondent. Josiah J. White, Individually and as General Guardian of Frederic Hall White, Appellant.— Order of Surrogate's Court of Kings county, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

S. Foster Sprague, Appellant, v. The City of New York, Respondent.— Judgment affirmed on argument, with costs.

James Mikles, Respondent, v. Moses Hawkins, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Application of Edward F. Brush, Appellant, for a Writ of Mandamus to the Board of Inspectors and Poll Clerks for the First Election District of the Second Ward of the City of Mount Vernon. Board of Inspectors, etc., and Edwin W. Fiske, Respondents.— We are of the opinion that upon these papers the court below was not authorized or empowered in this proceeding to pass upon the validity of the forty-five ballots mentioned in its order. In this view, the proper disposition of the case is to affirm the order below, without any determination as to such validity.

In the Matter of the Application of Edwin W. Fiske, Appellant, for a Writ of Mandamus to the Board of Inspectors and Poll Clerks for the First Election District of the Second Ward of the City of Mount Vernon. Edward F. Brush, Respondent.— We are of opinion that upon these papers the court below was not authorized or empowered in this proceeding to pass upon the validity of the forty-three ballots mentioned in its order. In this view the proper disposition of the case is to affirm the order below without any determination as to such validity.

Howard C. Conrady, Respondent, v. William Gleichmann, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion.

In the Matter of the Transfer Tax upon the Estate of Pompeo Maresi, Deceased.— Order settled and signed.

Arnon Lyon Squiers, as Executor, etc., of Caroline Wylie Squiers, Deceased, Respondent, v. Edward Thompson, Appellant, Impleaded, etc.— Motion denied.

August Reiss, Appellant, v. Town of Pelham, Respondent. Charles Weber, Appellant, v. Town of Pelham, Respondent.— Orders settled and signed.

In the Matter of the Application of Ferdinand J. Bommer for Admission to Practice as an Attorney and Counselor at Law in the State of New York.— Order of admission to practice vacated. Motion, so far as it requests that this order be made without prejudice, denied.

In the Matter of the Application and Petition of Michael T. Daly, as Commissioner of Public Works of the City of New York, etc., to Acquire Certain Real Estate, etc., Carmel (Lake Gleneida).— Motions denied.

James Kelly, Respondent, v. Albert Adelmann, Appellant.— Motion for reargument denied.

Salvatore Peggo, Appellant, v. Thomas Dinan, Respondent.— Motion denied.

Michael Stamboni, Respondent, v. Richard J. McCabe and Others, Appellants.— Motion to dismiss appeal denied.

Clifford T. Strickland, Appellant, v. William Henry, Respondent.— Motion denied.

Frederick W. Niemeyer, Respondent, v. Michael J. Woods, Appellant.— Motion denied.

Frank Kueckel, Appellant, v. Patrick O'Connor and Others, Respondents.— Motion denied.

Joseph Hartmann, Appellant, v. Jacob Hoffman, Respondent.— Motion for reargument granted and case set down for the first day for the hearing of enumerated motions.

John H. Paul, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Motion denied.

In the Matter of the Estate of Samuel F. Baker, a Lunatic. Charles H. Ostrander, as Committee, etc., of Samuel F. Baker, Appellant; Samuel F. Baker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Frederick W. Janssen, Respondent, v. William O'Gorman, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

James Conway, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Elizabeth Conway, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Joseph Lennon, Respondent, v. Raymond S. White, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Ernestine Schleissner, Respondent, v. Morris Schleissner, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Arthur L. Baldwin, Respondent, v. David L. Hardenbrook, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Ethelwyn Mai Post, Appellant, v. Lansing M. Post, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Henry V. Middleworth, Respondent, v. Woodbury Lowery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

James P. Northrop, Respondent, v. Poughkeepsie City and Wappingers Falls Electric Railway Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground of the error (folio 135 of the case) involved in the refusal of the court to charge that if the jury find that if the plaintiff had looked and listened and by so doing he would have avoided the accident, then he cannot recover, although the defendant may also be guilty of negligence. All concurred, except Goodrich, P. J., who dissented on the ground that the previous portion of the charge properly instructed the jury, taken in connection with the modification stated by the court at the time of this request.

Carlotta Herrmann, Respondent, v. George Herrmann, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Fenwick B. Small, as Trustee in Bankruptcy, etc., of William M. Dean & Company, Appellant, v. Conrad Mulier, Respondent, Impleaded with Others. National Surety Company, Respondent.— Order affirmed, with ten dollars and disbursements. No opinion. All concurred.

The People of the State of New York, Respondent, v. Pasquale Alfano, Appellant.— Judgment of conviction affirmed. No opinion. All concurred.

Malvine Gray, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied.

Mary Burke, an Infant, by Margaret Smith, her Guardian ad Litem, Respondent, v. The Supreme Council, Catholic Benevolent Legion, Appellant.— Order affirmed, with ten